1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR. , <br><br> Plaintiff, <br><br> v. <br><br> DANIEL BAYER, JENNIFER ADAMS, M. MORENO, ROB JACKSON, CHERYL STRANGE, and JUDGE W. FLETCHER, <br><br> Defendants. | CASE NO. 2:23-cv-772 <br><br> ORDER OVERRULING PLAINTIFF'S OBJECTIONS |

This matter comes before the Court on Plaintiff John Robert Demos, Jr.'s objections to United States Magistrate Judge Theresa L. Fricke's order transferring his case to the U.S. District Court for the Eastern District of Washington (Dkt. No. 4). Dkt. No. 5.

A district court may reconsider certain pretrial matters "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a) (for non-dispositive orders the district judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law."). "A party may serve and

ORDER OVERRULING PLAINTIFF'S OBJECTIONS - 1

file objections to the order within 14 days after being served with a copy." Fed. R. Civ. P. 72(a).

Judge Fricke issued the order transferring Demos's case on June 27, 2023, and Demos objected on July 11, 2023; therefore, his objections were timely. Demos argues that "prison 'time' is property" and that a transfer would deprive him of his time. Demos also "invokes the claim of right doctrine," and he claims "the U.S. District Court of Spokane . . . has a history of bias, aloofness, prejudice, disengagement, . . . and filibustering, when it comes to Plaintiff Demos." Dkt. No. 5 at 2-3.

The Court finds Demos's objections are conclusory statements that fail to show Judge Fricke's order is clearly erroneous or contrary to law. He does not show how transfer will unduly delay his case or why the Eastern District is an inappropriate venue. He also fails to rebut Judge Fricke's conclusion that transfer is appropriate under 28 U.S.C. § 1406.

Accordingly, the Court OVERRULES Demos's objections, and TRANSFERS this case to the United States District Court for the Eastern District of Washington.

Dated this 6th day of February, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER OVERRULING PLAINTIFF'S OBJECTIONS - 2